HON. JOHN B. SCHMETTERER

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
| --- | --- | --- |
| | § | |
| BARTELSON, DARYL G | § | Case No. 07-02761 JBS |
| BARTELSON, ELIZABETH | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/28/2010 in Courtroom 682,

UNITED STATES BANKRUPTCY COURT
219 South Dearborn Street
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/17/2009                                By: UNITED STATES BANKRUPTCY
                                                              COURT

UST Form 101-7-NFR (9/1/2009) (Page: 1)

*RONALD R. PETERSON*
*JENNER & BLOCK*
*330 NORTH WABASH AVENUE*
*CHICAGO, IL 60611-7603*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| BARTELSON, DARYL G | § | Case No. 07-02761 JBS |
| BARTELSON, ELIZABETH | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 38,762.41 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of*[1] | $ | 38,762.41 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---:|
| Illinois Department of Revenue | $ 5,214.26 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---:|---:|
| Trustee: RONALD R. PETERSON | $ 4,626.24 | $ 25.49 |
| Attorney for trustee: JENNER & BLOCK LLP | $ 22,632.00 | $ 1,350.96 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 3)*

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| <u>Charges:</u> | $ | $ |
| <u>Fees:</u> | $ | $ |
| <u>Other:</u> | $ | $ |
| <u>Other:</u> | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| <u>Attorney for debtor:</u> | $ | $ |
| <u>Attorney for:</u> | $ | $ |
| <u>Accountant for:</u> | $ | $ |
| <u>Appraiser for:</u> | $ | $ |
| <u>Other:</u> | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 5,214.26 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 355,704.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.4 percent.

UST Form 101-7-NFR (9/1/2009) *(Page: 4)*

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Ricci & Company | $ 339.00 | $ 4.68 |
| 000002 | Chicago Importing, Co | $ 224.96 | $ 3.11 |
| 000003 | Sallie Mae | $ 34,740.96 | $ 479.89 |
| 000004 | Pioneer Press | $ 1,936.95 | $ 26.76 |
| 000005 | Nordstrom FSB | $ 1,239.20 | $ 17.12 |
| 000006 | Wythe-Will Distribution LLC | $ 1,198.69 | $ 16.55 |
| 000007 | MPS Penick Svc, Inc. | $ 5,235.00 | $ 72.31 |
| 000008 | US Bank / Retail Payment Solutions | $ 9,156.68 | $ 126.48 |
| 000009 | Gund | $ 340.90 | $ 4.71 |
| 000010 | American Express Travel Related Svcs Co | $ 1,162.80 | $ 16.06 |
| 000011 | American Express Bank FSB | $ 185.66 | $ 2.57 |
| 000012 | Screenvision Direct | $ 4,859.40 | $ 67.12 |
| 000013 | Elmhurst Unique Indoor Comfort, Inc | $ 1,515.35 | $ 20.93 |
| 000014 | US Department of Education | $ 19,263.01 | $ 266.09 |
| 000015 | ComEd | $ 328.35 | $ 4.54 |
| 000016 | US Department of Education | $ 11,201.49 | $ 154.73 |
| 000017 | Coca Cola Enterprises Bottling Co. | $ 915.50 | $ 12.65 |
| 000018 | GMAC | $ 5,852.30 | $ 80.84 |
| 000019 | US Bank/Retail Payment Solutions | $ 24,408.21 | $ 337.16 |
| 000020 | Rewards Network Establishment Services Inc. | $ 7,365.41 | $ 101.74 |

UST Form 101-7-NFR (9/1/2009) *(Page: 5)*

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000021 | Park National Bank | $ 139,926.00 | $ 1,932.84 |
| 000023 | US Bank/Retail Payment Solutions | $ 12,412.06 | $ 171.45 |
| 000024 | TPE Enterprises | $ 255.00 | $ 3.52 |
| 000025 | Knudsen"s Cheesecakes, Inc | $ 464.21 | $ 6.41 |
| 000026 | US FOODSERVICE, INC. | $ 23,421.30 | $ 323.53 |
| 000027 | Erik K. Jensen | $ 36,414.87 | $ 503.01 |
| 000028 | Expo Foods Inc | $ 11,341.07 | $ 156.66 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

       The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Ronald R. Peterson
                                  Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK*
*330 NORTH WABASH AVENUE*
*CHICAGO, IL 60611-7603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dwilliams              Page 1 of 2           Date Rcvd: Dec 18, 2009
Case: 07-02761                Form ID: pdf006              Total Noticed: 83

The following entities were noticed by first class mail on Dec 20, 2009.
db/jdb        +Daryl G. Bartelson,   Elizabeth Bartelson,    2044 W Cullom Ave,    Chicago, IL 60618-1702
aty           +Michael J Kelly,    Jenner & Block LLP,    330 N Wasbash Ave,    Chicago, IL 60611-7603
aty           +Robert R Benjamin,    Querrey & Harrow, Ltd.,    175 West Jackson Boulevard,    Suite 1600,
                Chicago, IL 60604-2686
tr            +Ronald R Peterson,    Jenner & Block LLP,    330 N. Wabash Avenue,    Chicago, IL 60611-7603
11183728       ADT Security Services,    PO Box 371967,    Pittsburgh, PA 15250-7967
11183734       AT&T,    PO Box 8100,   Aurora, IL 60507-8100
11183729       Allied Insurance,    3820 109th St. Dept. 2180,    Des Moines, IA 50391-2180
11183730      +American Compressed Gases Inc.,    189 Central Ave.,    Old Tappan, NJ 07675-7399
11183732       American Express,    PO Box 297812,    Fort Lauderdale, FL 33329-7812
11183731       American Express,    PO Box 7863,    Fort Lauderdale, FL 33329-7863
11369626       American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11369617       American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee LLP,    POB 3001,
                Malvern PA 19355-0701
11183733       Asher’s Chocolates,    PO Box 95000-1875,    Philadelphia, PA 19195-1875
11183735      +Bagat Bros Sharp Knife Service,    7621 W. Roosevelt,    Forest Park, IL 60130-2298
11183737       Capital One Bank,    PO Box 60024,    City Of Industry, CA 91716-0024
11183738       Capital One, F.S.B,    PO Box 60067,    City Of Industry, CA 91716-0067
11183739       Chase,    PO Box 15298,    Wilmington, DE 19850-5298
11183740      +Chicago Importing, Co,    1250 Davis Rd.,    Elgin, IL 60123-1318
11183741      +Cinema Screen Media,    2121 Newmarket Parkway, Suite 130,    Marietta, GA 30067-9309
11183742      +Coca Cola Enterprises Bottling Co.,    East US CFS Group,    521 Lake Kathy Drive,
                Brandon, FL 33510-3945
11183744       Cook County Treasurer,    P.O. Box 4468,    Carol Stream, IL 60197-4468
11183745      +Dressel’s Hardware,    1137 Chicago Ave.,    Oak Park, IL 60302-1836
11183747      +Elmhurst Unique Indoor Comfort, Inc,    910 S Riverside Dr #7,    Elmhurst, IL 60126-4979
11183748      +Erik K. Jensen,    203 North Kenilworth,    Oak Park, IL 60302-2073
11183749     +++Expo Foods Inc,   c/o Law Offices of MH Cohon,    PO Box 636,    Morton Grove, IL 60053-0636
11183750       First Equity Card Corp,    PO Box 23029,    Columbus, GA 31902-3029
11183751      +Fox Valley Farms, Inc.,    1600 Downs Drive, Unit #3,    West Chicago, IL 60185-1888
11183752      +Frank Lloyd Wright,    Catalog Sales,    411 Harrison St.,    Oak Park, IL 60304-1490
11183753      +GMAC,    PO Box 9001948,   Louisville, KY 40290-1948
11428591      +GMAC,    PO BOX 130424,    Roseville, MN 55113-0004
11183754      +Gund,    PO Box 852,   Edison, NJ 08818-0852
11464405       Illinois Department of Revenue,    Chicago Collection Services Division,
                100 W. Randolph St., Suite 7-400,    Chicago, IL 60601-3274
11183755       Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
11183757       Intelligentsia Coffe & Tea, Inc.,    1850 W. Fulton Street,    Chicago, IL 60612-2512
11183758      +J&M Triangle Sign and Awning,    216 Maple Ave.,    Suite 34,    Oak Park, IL 60302-3030
11183759       Jelly Belly Candy Company,    File No. 21471,    PO Box 60000,    San Francisco, CA 94160-0001
11183760      +Knudsen’s Cheesecakes, Inc,    dba Knudsen’s Caramels,    219 West Third Street,
                Red Wing, MN 55066-2304
11183762      +LaSalle Bank, N.A.,    Commercial Loan Payments,    8617 Innovation Way,    Chicago, IL 60682-0086
11183761      +LaSalle Bank, N.A.,    Dept. 8144,    135 S. LaSalle St.,    Chicago, IL 60603-4177
11183763      +LaSalle Bank, NA,    8617 Innovation Way,    Chicago, IL 60682-0086
11183765       MPS Penick Svc, Inc.,    100 S. Maple,    PO Box 27,    Prospect Heights, IL 60070-0027
11183764      +Merchants Solutions, Inc.,    4422 Roosevelt Rd.,    Hillside, IL 60162-2032
11183769      +Park National Bank,    PO Box 4000,    Oak Park, IL 60303-4000
11183770      +Park National Bank,    801 North Clark St.,    Chicago, IL 60610-6844
11183772      +Petersen Ice Cream Company,    1104 Chicago Ave., Suite 5,    Oak Park, IL 60302-1843
11183771      +Petersen Ice Cream Company,    1104 Chicago Ave.,    Oak Park, IL 60302-1843
11183773      +Pioneer Press,    3701 West Lake Ave.,    Glenview, IL 60026-1277
11183774       R.H. Donnelley,    8519 Innovation Way,    Chicago, IL 60682-0085
11183776      +Ricci & Company,    162 W. Superior Street,    Chicago, IL 60654-3596
11345523      +Sallie Mae,   c/o Sallie Mae Inc,    220 Lasley Avenue,    Wilkes-Barre, Pennsylvania 18706-1496
11183777       Sallie Mae Servicing,    P.O. Box 9500,    Wilkes Barre, PA 18773-9500
11183778      +Screenvision Direct,    360 Linden Oaks,    Rochester, NY 14625-2814
11183779       Smithereen Pest Management,    7400 N. Melvina Ave.,    Niles, IL 60714-3908
11183780      +Sta-Kleen, Inc.,    Filter Division,    803 Estes Ave.,    Schaumburg, IL 60193-4406
11183781      +Stewarts,   4110 Wrightwood Ave.,    Chicago, IL 60639-2172
11183782      +Supreme Waffles,    PO Box 455,    Lisle, IL 60532-0455
11183786      +TPE Enterprises,    610 E. Roosevelt Road, Suite 103,    Wheaton, IL 60187-5575
11183783       The Hartford,    PO Box 2907,    Hartford, CT 06104-2907
11183785      +The Village of Oak Park,    123 Madison St,    Oak Park, IL 60302-4295
11183784      +The Village of Oak Park,    Attn: Accounts Receivable,    123 Madison St.,
                Oak Park, IL 60302-4295
11183787      +Turano Baking Company,    6501 West Roosevelt Road,    Berwyn, IL 60402-1100
11183788       U.S. Department of Education,    Direct Loan,    PO Box 9003,    Niagara Falls, NY 14302-9003
11183789       U.S. Foodservice, Inc.,    Box 98420,    Chicago, IL 60693-8420
11183791       UNV Cnsltnt in Alrgy & Imnlgy,    1725 W. Harrison St., Suite 117,    Chicago, IL 60612-3848
11183794     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  US Bank,    Northlake Office,    PO Box 790179,    Saint Louis, MO 63179)
11183792     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  US Bank,    PO Box 790408,    Saint Louis, MO 63179-0408)
11183793       US Bank,    North Lake Office,    PO Box 709179,    St. Louis, MO
11356967      +US Bank / Retail Payment Solutions,    PO Box 5229,    Cincinnati, OH 45201-5229
11378161       US Department of Education,    Direct Loan Servicing Center,    PO Box 5609,
                Greenville, TX 75403-5609
11487492      +US FOODSERVICE, INC.,    c/o Stein & Rotman,    105 W. Madison St, Ste 600,
                Chicago, Il 60602-4672
11183790      +Uline,    2200 S. Lakeside Drive,    Waukegan, IL 60085-8311
11183795       Veolia ES Solid Waste Midwest,    8246 Innovation Way,    Chicago, IL 60682-0082
11183796      +Village of Oak Park,    Village Hall,    123 Madison,    Chicago, IL 60602-4511
```

```
District/off: 0752-1          User: dwilliams           Page 2 of 2              Date Rcvd: Dec 18, 2009
Case: 07-02761                Form ID: pdf006           Total Noticed: 83

11183797       Washington Mutual,    PO Box 3139,    Milwaukee, WI 53201-3139
11183798      +Wednesday Journal, Inc.,    141 S. Oak Park Ave.,    Oak Park, IL 60302-2972
11183799      +Wythe-Will Distribution LLC,    3612 LaGrange Parkway,    Toano, VA 23168-9347

The following entities were noticed by electronic transmission on Dec 18, 2009.
11183743      +E-mail/Text: legalcollections@comed.com                          ComEd,   2100 Swift Drive,
               Attn Bankruptcy Section/Revenue Mgmt,    Oakbrook, IL 60523-1559
11183746       E-mail/Text: RDEVRIE@EMHC.ORG                           Elmhurst Memorial Hospital,
               75 Remittance Drive, Suite 6383,    Chicago, IL 60675-6383
11183766       E-mail/Text: bankrup@nicor.com                           Nicor Gas,   P.O. Box 416,
               Aurora, IL 60568-0001
11183767      +E-mail/Text: bankrup@nicor.com                           Nicor Gas,   P.O. Box 2020,
               Aurora, IL 60507-2020
11183768       E-mail/Text: bnc@nordstrom.com                           Nordstrom Bank,   PO Box 79137,
               Phoenix, AZ 85062-9137
11349870      +E-mail/Text: bnc@nordstrom.com                           Nordstrom FSB,   PO Box 6566,
               Englewood, CO 80155-6566
11183775      +E-mail/Text: bankruptcy@rewardsnetwork.com
               Rewards Network Establishment Services Inc.,    2 North Riverside Plaza, Suite 950,
               Chicago, IL 60606-2614
                                                                                             TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11183736       Bartelsweets Inc.
11183756*      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,   Chicago, IL 60664-0338
11432673*     +US Bank/Retail Payment Solutions,    PO Box 5229,   Cincinnati, OH 45201-5229
                                                                                             TOTALS: 1, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 20, 2009**                              **Signature:**   *Joseph Speetjens*