# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **DARYL G. BARTELSON, FDBA** | ) | **CASE NO. 07-02761** |
| **BARTELSWEETS, INC., AND** | ) | |
| **ELIZABETH BARTELSON**, | ) | Hon. John B. Schmetterer |
| | ) | |
| Debtors. | ) | |

## TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED PROPERTY

Ronald R. Peterson, Trustee ("Trustee"), pursuant to 11 U.S.C. § 347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1.  On February 16, 2007, the Debtors filed their chapter 7 petition. The Trustee was subsequently appointed, qualified and continues to serve as Trustee in this case.

2.  On February 3, 2010, the Trustee sent a distribution check via First Class U.S. mail to the creditor listed on the attached Exhibit "A".

3.  The distribution check for this creditor has not been cashed. All reasonable attempts have been expended to locate this creditor, with no success.

4.  The Trustee has stopped payment on the distribution check and has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court pursuant to Section 347 of the Bankruptcy Code.

                Respectfully submitted,

                RONALD R. PETERSON, not individually but as Trustee
                for the Bankruptcy Estate of Daryl G. Bartelson and
                Elizabeth Bartelson


                BY: _____*/s/ Ronald R. Peterson*_____
                                 One of his attorneys

1862243

Ronald R. Peterson (02188473)
Jenner & Block LLP
353 North Clark Street
Chicago, IL  60654
Telephone:   (312) 923-2981
Facsimile: (312) 840-7381
Email:  rpeterson@jenner.com

Dated:  May 3, 2010

1862243

## **EXHIBIT A**

Park National Bank                                                                $1,933.96
801 North Clark Street
Chicago, IL  60610

1862243