**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| In re: | § | |
|---|---|---|
| | § | |
| BARTELSON, DARYL G | § | Case No. 07-02761 |
| BARTELSON, ELIZABETH | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 10,130.56 | Claims Discharged Without Payment: 350,788.03 |
| Total Expenses of Administration: 28,634.69 | |

3) Total gross receipts of $ 38,765.25 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 38,765.25 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 5,214.26 | $ 5,214.26 | $ 5,214.26 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 52,617.65 | 52,617.65 | 28,634.69 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 355,704.33 | 355,704.33 | 4,916.30 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 413,536.24 | $ 413,536.24 | $ 38,765.25 |

4) This case was originally filed under chapter 7 on 02/16/2007 . The case was pending for 41 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/21/2010 By:/s/RONALD R. PETERSON
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 TAX REFUND FED. AND STATE ESTIMATE | 1124-000 | 2,708.00 |
| Preference Recovery | 1241-000 | 36,031.53 |
| Post-Petition Interest Deposits | 1270-000 | 25.72 |
| **TOTAL GROSS RECEIPTS** | | $38,765.25 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE | 4800-000 | NA | 5,214.26 | 5,214.26 | 5,214.26 |
| **TOTAL SECURED CLAIMS** | | $ NA | $ 5,214.26 | $ 5,214.26 | $ 5,214.26 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RON PETERSON | 2100-000 | NA | 4,626.24 | 4,626.24 | 4,626.24 |
| RON PETERSON | 2200-000 | NA | 25.49 | 25.49 | 25.49 |
| JENNER & BLOCK | 3110-000 | NA | 23,982.96 | 23,982.96 | 23,982.96 |
| JENNER & BLOCK LLP | 3110-000 | NA | 22,632.00 | 22,632.00 | 0.00 |
| JENNER & BLOCK LLP | 3120-000 | NA | 1,350.96 | 1,350.96 | 0.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 52,617.65 | $ 52,617.65 | $ 28,634.69 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $ NA | $ NA | $ NA | $ NA |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK FSB | 7100-000 | NA | 185.66 | 185.66 | 2.57 |
| AMERICAN EXPRESS TRAVEL RELATED SVC | 7100-000 | NA | 1,162.80 | 1,162.80 | 16.07 |
| CHICAGO IMPORTING, CO | 7100-000 | NA | 224.96 | 224.96 | 3.11 |
| COCA COLA ENTERPRISES BOTTLING CO. | 7100-000 | NA | 915.50 | 915.50 | 12.65 |
| COMED | 7100-000 | NA | 328.35 | 328.35 | 4.54 |
| ELMHURST UNIQUE INDOOR COMFORT, INC | 7100-000 | NA | 1,515.35 | 1,515.35 | 20.94 |
| ERIK K. JENSEN | 7100-000 | NA | 36,414.87 | 36,414.87 | 503.30 |
| EXPO FOODS INC | 7100-000 | NA | 11,341.07 | 11,341.07 | 156.75 |
| GMAC | 7100-000 | NA | 5,852.30 | 5,852.30 | 80.89 |
| GUND | 7100-000 | NA | 340.90 | 340.90 | 4.71 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KNUDSEN"S CHEESECAKES, INC | 7100-000 | NA | 464.21 | 464.21 | 6.42 |
| MPS PENICK SVC, INC. | 7100-000 | NA | 5,235.00 | 5,235.00 | 72.35 |
| NORDSTROM FSB | 7100-000 | NA | 1,239.20 | 1,239.20 | 17.12 |
| PIONEER PRESS | 7100-000 | NA | 1,936.95 | 1,936.95 | 26.77 |
| REWARDS NETWORK ESTABLISHMENT SERVI | 7100-000 | NA | 7,365.41 | 7,365.41 | 101.80 |
| RICCI & COMPANY | 7100-000 | NA | 339.00 | 339.00 | 4.69 |
| SALLIE MAE | 7100-000 | NA | 34,740.96 | 34,740.96 | 480.17 |
| SCREENVISION DIRECT | 7100-000 | NA | 4,859.40 | 4,859.40 | 67.16 |
| TPE ENTERPRISES | 7100-000 | NA | 255.00 | 255.00 | 3.53 |
| US BANK / RETAIL PAYMENT SOLUTIONS | 7100-000 | NA | 9,156.68 | 9,156.68 | 126.56 |
| US BANK/RETAIL PAYMENT SOLUTIONS | 7100-000 | NA | 24,408.21 | 24,408.21 | 337.35 |
| US BANK/RETAIL PAYMENT SOLUTIONS | 7100-000 | NA | 12,412.06 | 12,412.06 | 171.55 |
| US DEPARTMENT OF EDUCATION | 7100-000 | NA | 19,263.01 | 19,263.01 | 266.24 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| US DEPARTMENT OF EDUCATION | 7100-000 | NA | 11,201.49 | 11,201.49 | 154.82 |
| US FOODSERVICE, INC. | 7100-000 | NA | 23,421.30 | 23,421.30 | 323.71 |
| WYTHE-WILL DISTRIBUTION LLC | 7100-000 | NA | 1,198.69 | 1,198.69 | 16.57 |
| PARK NATIONAL BANK | 7100-001 | NA | 139,926.00 | 139,926.00 | 1,933.96 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | **$** NA | **$** 355,704.33 | **$** 355,704.33 | **$** 4,916.30 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



Exhibit 8

Case No: 07-02761 Judge: HON. JOHN B. SCHMETTERER
Case Name: BARTELSON, DARYL G
BARTELSON, ELIZABETH
For Period Ending: 06/21/10

Trustee Name: RONALD R. PETERSON
Date Filed (f) or Converted (c): 02/16/07 (f)
341(a) Meeting Date: 03/13/07
Claims Bar Date: 07/21/07

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. CHASE CHECKING (...9677) | 300.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. CHECKING (...1313) | 49.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. LASALLE CHECKING (...7740) | 25.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. PARK NATIONAL BANK (...1493) CD | 10,475.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. HOUSEHOLD GOODS AND FURNISHINGS | 3,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 7. ACACIA LIFE INS. CO. 500,000 FACE TERM | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 8. ACACIA LIFE INS. CO. 100,000 FACE TERM | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 9. 100% INTEREST IN BARTELSWEETS, INC. | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. 2006 TAX REFUND FED. AND STATE ESTIMATE | 5,000.00 | 0.00 | | 2,708.00 | FA | 0.00 | 0.00 |
| 11. 1999 SAAB 9-3 | 3,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 12. Preference Recovery (u) | 0.00 | 70,000.00 | | 36,031.53 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 25.72 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $22,149.00 | $70,000.00 | | $38,765.25 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $0.00 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 07-02761 Judge: HON. JOHN B. SCHMETTERER | Trustee Name: | RONALD R. PETERSON |
| Case Name: | BARTELSON, DARYL G<br>BARTELSON, ELIZABETH | Date Filed (f) or Converted (c): | 02/16/07 (f) |
| | | 341(a) Meeting Date: | 03/13/07 |
| | | Claims Bar Date: | 07/21/07 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed 12/17/09. Final hearing on 1/28/10.

RE PROP# 12---Two Preference Actions against credit card companies

Initial Projected Date of Final Report (TFR): / / Current Projected Date of Final Report (TFR): / /

_______________________________ Date: ______________
RONALD R. PETERSON

Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-02761 -JBS
Case Name: BARTELSON, DARYL G
BARTELSON, ELIZABETH
Taxpayer ID No: *******5589
For Period Ending: 06/21/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******6829 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 11/26/07 | 10 | Elizabeth Bartelson | | 1124-000 | 2,708.00 | | 2,708.00 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 0.09 | | 2,708.09 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 1.29 | | 2,709.38 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 1.07 | | 2,710.45 |
| 02/05/08 | 12 | Capital One Servcices, Inc.<br>P.O. Box 85508<br>Richmond, Va. 23285-5508 | | 1241-000 | 6,031.53 | | 8,741.98 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 1.78 | | 8,743.76 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.07 | | 8,745.83 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.79 | | 8,747.62 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.11 | | 8,748.73 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.08 | | 8,749.81 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.11 | | 8,750.92 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.11 | | 8,752.03 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.08 | | 8,753.11 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.85 | | 8,753.96 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.71 | | 8,754.67 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.45 | | 8,755.12 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,755.19 |
| 02/10/09 | 12 | JP Morgan Chase<br>Corporate Accounts Payable<br>601 Travis Street<br>19th Floor<br>Houston, TX 77002 | | 1241-000 | 30,000.00 | | 38,755.19 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 38,755.36 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.33 | | 38,755.69 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.85 | | 38,756.54 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.98 | | 38,757.52 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.96 | | 38,758.48 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.99 | | 38,759.47 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.99 | | 38,760.46 |
| | | | | Page Subtotals | 38,760.46 | 0.00 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 07-02761 -JBS
Case Name: BARTELSON, DARYL G
BARTELSON, ELIZABETH
Taxpayer ID No: *******5589
For Period Ending: 06/21/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******6829 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.96 | | 38,761.42 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-002 | 0.99 | | 38,762.41 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-002 | 0.96 | | 38,763.37 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-002 | 0.99 | | 38,764.36 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-002 | 0.89 | | 38,765.25 |
| 01/29/10 | | Transfer to Acct #*******0367 | Final Posting Transfer | 9999-000 | | 38,765.25 | 0.00 |

| | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 38,765.25 | 38,765.25 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 38,765.25 | |
| Subtotal | 38,765.25 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 38,765.25 | 0.00 | |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 4.79 | 38,765.25 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit 9

Case No: 07-02761 -JBS
Case Name: BARTELSON, DARYL G
BARTELSON, ELIZABETH
Taxpayer ID No: *******5589
For Period Ending: 06/21/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0367 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/29/10 | | Transfer from Acct #*******6829 | Transfer In From MMA Account | 9999-000 | 38,765.25 | | 38,765.25 |
| 02/02/10 | 003001 | Ron Peterson<br>Jenner & Block LLP<br>353 North Clark Street<br>Chicago, Illinois 60654 | | | | 4,651.73 | 34,113.52 |
| | | | Fees 4,626.24 | 2100-000 | | | 34,113.52 |
| | | | Expenses 25.49 | 2200-000 | | | 34,113.52 |
| 02/02/10 | 003002 | Jenner & Block<br>353 North Clark Street<br>Chicago, Illinois 60654 | | 3110-000 | | 23,982.96 | 10,130.56 |
| 02/02/10 | 003003 | Illinois Department of Revenue<br>Chicago Collection Services Division<br>100 W. Randolph St., Suite 7-400<br>Chicago, IL 60601-3274 | | 4800-000 | | 5,214.26 | 4,916.30 |
| 02/02/10 | 003004 | Ricci & Company<br>162 W. Superior Street<br>Chicago, IL 60610 | | 7100-000 | | 4.69 | 4,911.61 |
| 02/02/10 | 003005 | Chicago Importing, Co<br>1250 Davis Rd.<br>Elgin, IL 60123 | | 7100-000 | | 3.11 | 4,908.50 |
| 02/02/10 | 003006 | Sallie Mae<br>c/o Sallie Mae Inc<br>220 Lasley Avenue<br>Wilkes-Barre, Pennsylvania 18706 | | 7100-000 | | 480.17 | 4,428.33 |
| 02/02/10 | 003007 | Pioneer Press<br>3701 West Lake Ave.<br>Glenview, IL 60026 | | 7100-000 | | 26.77 | 4,401.56 |
| 02/02/10 | 003008 | Nordstrom FSB<br>PO Box 6566<br>Englewood, CO 80155 | | 7100-000 | | 17.12 | 4,384.44 |
| 02/02/10 | 003009 | Wythe-Will Distribution LLC<br>3612 LaGrange Parkway | | 7100-000 | | 16.57 | 4,367.87 |
| | | | Page Subtotals | | 38,765.25 | 34,397.38 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 07-02761 -JBS
Case Name: BARTELSON, DARYL G
BARTELSON, ELIZABETH
Taxpayer ID No: *******5589
For Period Ending: 06/21/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0367 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Toano, VA 23168 | | | | | |
| 02/02/10 | 003010 | MPS Penick Svc, Inc.<br>100 S. Maple<br>PO Box 27<br>Prospect Heights, IL 60070-0027 | | 7100-000 | | 72.35 | 4,295.52 |
| 02/02/10 | 003011 | US Bank / Retail Payment Solutions<br>PO Box 5229<br>Cincinnati, OH 45201 | | 7100-000 | | 126.56 | 4,168.96 |
| 02/02/10 | 003012 | Gund<br>PO Box 852<br>Edison, NJ 08818 | | 7100-000 | | 4.71 | 4,164.25 |
| 02/02/10 | 003013 | American Express Travel Related Svcs Co<br>Inc Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | | 7100-000 | | 16.07 | 4,148.18 |
| 02/02/10 | 003014 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | | 7100-000 | | 2.57 | 4,145.61 |
| 02/02/10 | 003015 | Screenvision Direct<br>360 Linden Oaks<br>Rochester, NY 14625 | | 7100-000 | | 67.16 | 4,078.45 |
| 02/02/10 | 003016 | Elmhurst Unique Indoor Comfort, Inc<br>910 S Riverside Dr #7<br>Elmhurst, IL 60126-4206 | | 7100-000 | | 20.94 | 4,057.51 |
| 02/02/10 | 003017 | US Department of Education<br>Direct Loan Servicing Center<br>PO Box 5609<br>Greenville, TX 75403-5609 | | 7100-000 | | 266.24 | 3,791.27 |
| 02/02/10 | 003018 | ComEd<br>2100 Swift Drive | | 7100-000 | | 4.54 | 3,786.73 |
| | | | | Page Subtotals | 0.00 | 581.14 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD



Exhibit 9

Case No: 07-02761 -JBS
Case Name: BARTELSON, DARYL G
BARTELSON, ELIZABETH
Taxpayer ID No: *******5589
For Period Ending: 06/21/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0367 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Attn Bankruptcy Section/Revenue Mgmt<br>Oakbrook, IL 60523 | | | | | |
| 02/02/10 | 003019 | US Department of Education<br>Direct Loan Servicing Center<br>PO Box 5609<br>Greenville, TX 75403-5609 | | 7100-000 | | 154.82 | 3,631.91 |
| 02/02/10 | 003020 | Coca Cola Enterprises Bottling Co.<br>East US CFS Group<br>521 Lake Kathy Drive<br>Brandon, FL 33510 | | 7100-000 | | 12.65 | 3,619.26 |
| 02/02/10 | 003021 | GMAC<br>PO BOX 130424<br>Roseville, MN 55113 | | 7100-000 | | 80.89 | 3,538.37 |
| 02/02/10 | 003022 | US Bank/Retail Payment Solutions<br>PO Box 5229<br>Cincinnati, OH 45201 | | 7100-000 | | 337.35 | 3,201.02 |
| 02/02/10 | 003023 | Rewards Network Establishment Services Inc.<br>2 North Riverside Plaza, Suite 950<br>Chicago, IL 60606 | | 7100-000 | | 101.80 | 3,099.22 |
| * 02/02/10 | 003024 | Park National Bank<br>801 North Clark St.<br>Chicago, IL 60610 | | 7100-003 | | 1,933.96 | 1,165.26 |
| 02/02/10 | 003025 | US Bank/Retail Payment Solutions<br>PO Box 5229<br>Cincinnati, OH 45201 | | 7100-000 | | 171.55 | 993.71 |
| 02/02/10 | 003026 | TPE Enterprises<br>610 E. Roosevelt Road, Suite 103<br>Wheaton, IL 60187 | | 7100-000 | | 3.53 | 990.18 |
| 02/02/10 | 003027 | Knudsen"s Cheesecakes, Inc<br>dba Knudsen"s Caramels<br>219 West Third Street<br>Red Wing, MN 55066 | | 7100-000 | | 6.42 | 983.76 |
| | | | Page Subtotals | | 0.00 | 2,802.97 | |

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 07-02761 -JBS
Case Name: BARTELSON, DARYL G
BARTELSON, ELIZABETH
Taxpayer ID No: *******5589
For Period Ending: 06/21/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0367 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/02/10 | 003028 | US FOODSERVICE, INC.<br>c/o Stein & Rotman<br>105 W. Madison St, Ste 600<br>Chicago, Il 60602 | | 7100-000 | | 323.71 | 660.05 |
| 02/02/10 | 003029 | Erik K. Jensen<br>203 North Kenilworth<br>Oak Park, IL 60302 | | 7100-000 | | 503.30 | 156.75 |
| 02/02/10 | 003030 | Expo Foods Inc<br>c/o Law Offices of MH Cohon<br>PO Box 636<br>Morton Grove, IL 60053 | | 7100-000 | | 156.75 | 0.00 |
| * 05/03/10 | 003024 | Park National Bank<br>801 North Clark St.<br>Chicago, IL 60610 | VOID<br>never cashed | 7100-003 | | -1,933.96 | 1,933.96 |
| 05/03/10 | 003031 | BANKRUPTCY COURT CLERK<br>219 SOUTH DEARBORN ST.<br>CHICAGO, IL 60604 | | 7100-001 | | 1,933.96 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 38,765.25 | 38,765.25 | 0.00 |
| Less: Bank Transfers/CD's | 38,765.25 | 0.00 | |
| Subtotal | 0.00 | 38,765.25 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 38,765.25 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********6829 | 38,765.25 | 0.00 | 0.00 |
| BofA - Checking Account - ********0367 | 0.00 | 38,765.25 | 0.00 |
| | 38,765.25 | 38,765.25 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 983.76 |

Exhibit 9

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-02761 -JBS
Case Name: BARTELSON, DARYL G
BARTELSON, ELIZABETH
Taxpayer ID No: *******5589
For Period Ending: 06/21/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0367 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Money Market Account (Interest Earn - ********6829 | | | | |
| | | | BofA - Checking Account - ********0367 | | | | |
| | | | Page Subtotals | | 0.00 | 0.00 | |